UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY J. ADKINS, | ) | CASE NO.: 1:06CV1798 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ROB JEFFREYS, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of Magistrate Judge Vecchiarelli, submitted in this matter on July 20, 2007. Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and Recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that the Petition of Habeas Corpus be DISMISSED. The Court certifies, pursuant to 28 U.S.C. §1915(A)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealibility. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

It is further ordered that this order is entered pursuant to Federal Rule of Civil Procedure 58.

So ordered.

Date: August 16, 2007

    *s/      John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE